# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130849

MELISSA LUTZ,
      Plaintiff-Appellant,

v

SC: 130849
COA: 261465
Macomb CC: 04-003382-NH

MERCY MT. CLEMENS CORPORATION,
d/b/a ST. JOSEPH'S MERCY OF MACOMB-
ROMEO HEALTH CENTER, RAAD AUSI,
M.D., and LYDIA C. ROZOF, M.D.,
      Defendants-Appellees,

and

SUDARSHAN R. REDDY, M.D.,
      Defendant.

_____/

On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

_____
Clerk

d0913